No. 13,384.

Bosworth et al. *v.* McIntyre et al.

(28 P. [2d] 1118)

Decided December 18, 1933.

Judgment affirmed en banc on application for supersedeas without written opinion. Mr. Justice Bouck not participating.

Messrs. Pershing, Nye, Bosworth & Dick, Mr. Horace F. Phelps, for plaintiffs in error.

Messrs. Van Cise & Robinson, Mr. Robert D. Charlton, for defendants in error.